FILED

2010 MAY 14 PM 4:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

DAVID F. FAUSTMAN, State Bar No. 081862
dfaustman@foxrothschild.com
YESENIA M. GALLEGOS, State Bar No. 231852
ygallegos@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90046
Tel: 310-598-4159 / Fax: 310-556-9828

Attorneys for Defendants
Benistar Admin Services, Inc.,
Avon Capital LLC, and Donald J. Trudeau

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FREYR HOLDINGS, LLC, a California Limited Liability Company,

Plaintiff,

v.

BENISTAR ADMIN SERVICES, INC., a foreign corporation; AVON CAPITAL LLC, a foreign limited liability company; and DONALD J. TRUDEAU, an Individual; and DOES 1 through 15, inclusive

Defendants.

Case No. CV10 3674 PSG (JCx)

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1332 (DIVERSITY), AND DECLARATION OF YESENIA M. GALLEGOS IN SUPPORT OF REMOVAL**

Complaint filed: April 5, 2010

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants BENISTAR ADMIN SERVICES, INC. ("BASI"), AVON CAPITAL LLC ("AVON"), and DONALD J. TRUDEAU ("Trudeau") (collectively "Defendants"), remove to this Court the state court action described below, based on the Court's removal jurisdiction under 28 U.S.C. Section 1441, and the Court's diversity jurisdiction under 28 U.S.C. Section 1332(a).

## I. PLEADINGS AND PROCEEDINGS TO DATE

On April 5, 2010, Freyr Holdings, LLC ("Plaintiff") commenced an action in the Superior Court of California for the County of Los Angeles, entitled Freyr Holdings, LLC v. Benistar Administrative Services, Inc., a foreign corporation; Avon Capital LLC, a foreign limited liability company; Donald J. Trudeau, an individual; and Does 1 through 15, inclusive, as Case No. NC054376 ("State Action"). Plaintiff served the Complaint on Defendants by mail. Plaintiff also served Defendants with a Case Management Notice and a Notice of Case reassignment and an Order for Plaintiff to Give Notice. True and correct copies of these documents are attached to the attached Declaration of Yesenia M. Gallegos ("Gallegos Declaration") as Exhibit 1. Exhibit 1 is comprised of all process, pleadings and orders served and filed in the State Action.

On information and belief, this Notice of Removal is timely in that Defendants believe it has been filed and served within 30 days of the service of Plaintiff's summons and Complaint on the defendant. *Murphy Bros., Inc. v. Mitchetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (defendant's period for removal will be no less than 30 days from service).

## II. SUBJECT MATTER JURISDICTION

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441 because it is a civil

action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A. Diversity of Citizenship Exists Between The Parties**

Plaintiff Freyr Holdings, LLC, is a California limited liability company headquartered in Long Beach, California. (*See* Complaint, ¶ 1). Defendant Benistar Admin Services, Inc. was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its "nerve center" and principal place of business at its headquarters in Connecticut. (*See* Gallegos Declaration at ¶3; *Hertz Corp. v. Friend*, 175 L. Ed. 2d 1029, 1041 (2010) ("The 'principal place of business' is best read as referring to the place where a corporation's officers direct, control, and coordinate the corporation's activities. . . . in practice it should normally be the place where the corporation maintains its headquarters. It is the place that Courts of Appeals have called the corporation's 'nerve center.'")) Defendant Avon was at the time of the filing of this action, and still is, a limited liability company headquartered in the state of Connecticut. The members of Avon are residents of Connecticut and Delaware. (*See* Gallegos Declaration at ¶4; see Complaint ¶3.) Defendant Trudeau is a resident of the state of Connecticut. (*See* Gallegos Declaration at ¶5; *see* Complaint, ¶4.)

Further, Defendants believe and on that basis allege that none of the fictitiously-named defendants (DOES 1 – 15) have been identified by Plaintiff or served with the Summons and Complaint. 28 USC § 1441(a); *Newcombe v. Adolf Coors Company*, 157 F.3d 686, 690-691 (9th Cir. 1998). Where the Court has "no information as to who they are or where they live or their relationship to the action," it is proper to disregard Doe defendants upon removal. *McCabe v. General Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987); *see also Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980) ("[U]nknown defendants sued as 'Does' need not be joined in a removal petition."). Based on the foregoing,

complete diversity exists between Plaintiff and Defendants.

**B. The Jurisdictional Minimum Has Been Established**

Where, as here, the Complaint does not demand a specific dollar amount, the removing defendants bear the burden of proving by a preponderance of evidence that the amount in controversy exceeds $75,000. *See Kroske v. US Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005). In making this assessment, the court may consider the facts in the removal petition including summary-judgment-type evidence relevant to the amount in controversy at the time of removal. *Id.* In measuring the amount in controversy, a court must assume that any admissions in the Complaint are true. *See Korn v. Polo Ralph Lauren Corp.*, 536 F.Supp.2d 1199, 1205 (E.D.Cal. 2008).

Here, Plaintiff alleges two causes of action: (1) breach of oral/implied in fact loan agreement; and (2) money lent. Plaintiff seeks: damages in an amount to be proven at trial, cut which is believed to "***exceed $500,000***"; costs of suit incurred; and such other relief deemed proper by the Court. (See Complaint, pp. 5-6.)[1] The Complaint, therefore, meets the jurisdictional threshold of $75,000.

Accordingly, removal is proper because there is complete diversity between Plaintiff and Defendant, and the jurisdictional minimum amount in controversy has been met.

## III. VENUE

This action is currently pending in the Superior Court of California in the County of Los Angeles and, therefore, venue in this Court is proper pursuant to 28

[1] Defendants dispute that they have any actual liability to Plaintiff whatsoever. Nonetheless, for the limited purpose of determining removal jurisdiction, "the ultimate inquiry is what amount is put 'in controversy' by the plaintiff's complaint, not what a defendant will *actually* owe." *Korn*, 536 F.Supp.2d at 1205 (emphasis in original). Therefore, although Defendant believes it "actually owes" Plaintiff nothing and that Plaintiff has suffered no damages, it is clear that Plaintiff has put "in controversy" more than the jurisdictional minimum.

U.S.C. § 84(b) and 28 U.S.C. § 1391(a).

## IV. NOTIFICATIONS

As required by 28 U.S.C. § 1446(d), Defendants will provide prompt written notice to Plaintiff, by counsel, of removal of this action to federal court. As required by 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

WHEREFORE, Defendants BASI, AVON, and TRUDEAU hereby remove this action from the State Court to the United States District Court for the Central District of California.

Dated: May 14, 2010

FOX ROTHSCHILD LLP

By: ____________________
YESENIA M. GALLEGOS
Attorneys for Defendants

**DECLARATION OF YESENIA M. GALLEGOS**

I, YESENIA M. GALLEGOS, declare:

1. I am an attorney licensed to practice law in the State of California. I am an Associate with the law firm of Fox Rothschild LLP, attorneys of record for Defendants Benistar Admin Services, Inc. (erroneously sued as Benistar Administrative Services, Inc.), Avon Capital LLC, and Donald J. Trudeau (collectively "Defendants") in this action. I make this declaration in support of Defendants' Notice of Removal.

2. I have personal knowledge of the facts below, or have gained such knowledge through my research and review of the files in this case. If called to testify to the following, I could and would competently do so.

3. Benistar Admin Services, Inc. ("BASI") is incorporated in the state of Delaware. It is headquartered at 100 Grist Mill Road, Simsbury, CT 06070. BASI's Connecticut office is not simply an office where the corporation holds its board meetings, rather it is the "nerve center" of the corporation. BASI is directed and controlled from its headquarters in Connecticut, as decisions made regarding the Company's operations, administration, business strategy, and finances are made from this office.

4. Avon Capital LLC ("Avon") is a limited liability company headquartered in the state of Connecticut. The members of Avon are residents of Connecticut and Delaware.

5. Defendant Donald J. Trudeau is a resident of the state of Connecticut.

4. Attached to this Declaration as Exhibit 1 is a true and correct copy of the Summons and Complaint served on Defendant's agent for service of process on February 17, 2010, as well as all documents served with the Summons and Complaint, including a Case Management Notice, a notice of Alternative Dispute Resolution options, and a form to Request to Vacate or Continue Initial Case

Management Conference and Order.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on May 14, 2010, at Los Angeles, California.

Yesenia Gallegos, Esq.
Benistar Admin Services, Inc.,
Avon Capital LLC, and
Donald J. Trudeau

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
OF ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 0 5 2010

John A. Clarke, Executive Officer/Clerk

By ______ Deputy

**NOTICE TO DEFENDANT:** BENISTAR ADMINISTRATIVE SERVICES,
***(AVISO AL DEMANDADO):*** INC., a foreign corporation; AVON CAPITAL LLC, a foreign limited liability company; DONALD J. TRUDEAU, an Individual; and DOES 1 through 15, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:** FREYR HOLDINGS, LLC, a
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** California Limited Liability Company

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: *(Número del Caso):* NC054378

LOS ANGELES SUPERIOR COURT - SOUTH DISTRICT
415 W. Ocean Blvd.
Long Beach, CA 90802

SAN PEDRO BRANCH
505 S. CENTRE STREET
SAN PEDRO, CA 90731

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert M. Gilchrest, Esq. (213) 630-5000
BAUTE & TIDUS LLP
777 S. Figueroa Street, Suite 4900
Los Angeles, CA 90017

DATE: *(Fecha)* APR 0 5 2010 John A. Clarke Clerk, by *(Secretario)* [signature], Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: BENISTAR ADMINISTRATIVE SERVICES, INC., a foreign corporation

under: ☑ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:



COPY

BAUTE & TIDUS LLP
Robert M. Gilchrest (SBN 134254)
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
FREYR HOLDINGS, LLC

CONFORMED COPY
OF ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 0 5 2010

John A. Clarke, Executive Officer/Clerk
By ________ Deputy

COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

FREYR HOLDINGS, LLC, a California Limited Liability Company,

Plaintiff,

v.

BENISTAR ADMINISTRATIVE SERVICES, INC., a foreign corporation; AVON CAPITAL LLC, a foreign limited liability company; DONALD J. TRUDEAU, an Individual; and DOES 1 through 15, inclusive,

Defendants.

CASE NO. NC054378

COMPLAINT FOR:

1. BREACH OF ORAL/IMPLIED IN FACT LOAN AGREEMENT; and

2. MONEY LENT.

CASE MANAGEMENT CONFERENCE SET FOR 8:30 a.m.
SEP 0 2 2010
IN DEPARTMENT S10

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff Freyr Holdings, LLC ("Freyr") for its complaint against defendants Benistar Administrative Services, Inc., Avon Capital LLC, and Donald Trudeau, alleges as follows:

**THE PARTIES**

1. Plaintiff Freyr Holdings, LLC ("Freyr") is a California limited liability company headquartered in Long Beach, California. Freyr: (a) provides consulting brokerage services in connection with the purchase and sale of interests in unwanted life insurance policies in the so-called secondary and tertiary marketplace; and (b) through its sister companies (collectively the

"Freyr Companies"), purchases and sells such assets to various hedge funds and other institutional investors.

2. Defendant Benistar Administrative Services, Inc. ("Benistar"), is a corporation headquartered in Stamford, CT. Benistar engages in the design, installation and administration of employee health and welfare benefit plans for a broad range of plan sponsors, including both private and publicly held companies. Benistar, through its affiliates, also engages in selling and brokering life insurance as well as purchase and sale of assets within the secondary marketplace for life insurance products. According to Benistar's website, Benistar provides professional administrative services for over 1500 corporate clients, with an aggregate employee base of over 250,000 workers. Benistar does business in California, including in Los Angeles County.

3. Defendant Avon Capital, LLC ("Avon") is a limited liability company headquartered in Stamford, CT. Avon engages in the purchase and premium finance of life insurance policies in the secondary and tertiary marketplace. Avon does business in California, including in Los Angeles County.

4. Defendant Donald J. Trudeau ("Trudeau") is a resident of the State of Connecticut and is the President of Benistar and Avon. Trudeau, through Benistar, Avon and affiliates of Benistar and Avon, has done business in California, including Los Angeles County.

**THE REVOLVING LOAN AGREEMENT AND BREACH THEREOF**

5. Beginning in or about August 2007, Freyr (and the other Freyr Companies), on the one hand, and Benistar, Avon, and Trudeau (collectively "defendants"), on the other hand, entered into an oral agreement through which the Freyr Companies agreed to provide financial and consulting services to in connection with the negotiations and purchase of life insurance policies by defendants. At the time the agreement was entered, defendants knew that Freyr was headquartered in California and that terms of the agreement would be consummated from Freyr's headquarters in California. Among other things, the Freyr Companies agreed to be a source from which defendants could borrow, on a revolving basis, money for the purchase of life insurance policies. In exchange, defendants agreed to repay all or part of the loan upon demand by Freyr (or any other of the Freyr Companies). The parties agreed that, at the discretion of Freyr, the time to repay all or part of the

loan could be extended after a demand was made if the extension was requested by defendants. Defendants agreed that, if Freyr agreed to extend the time for defendants to repay all or part of the loan, defendants would make payment pursuant to the extension and not claim that payment is barred as a result of the extension. Certain terms of the agreement are evidenced by written correspondence between the Freyr Companies and defendants and by the conduct of the Freyr Companies and defendants.

6. Pursuant to the revolving loan agreement, defendants requested and Freyr made a series of loans to defendants in the total amount of $631,095. On each instance that defendants requested a loan, defendants knew that the loans would be made from a bank account Freyr maintained in the County of Los Angeles, California. Each loan was made with funds from a bank account Freyr maintained in the County of Los Angeles, California.

7. Defendants repaid $131,270 of the $631,270 revolving loan in 2008. Defendants made the partial loan repayment to a bank account located in Los Angeles County. After the $131,270 repayment was made in 2008, defendants requested and Freyr made additional loans to defendants.

8. In or about April 2008, Freyr demanded that defendants repay a portion of the balance of the revolving loan. On or about April 21, 2008, defendants agreed to repay a portion of the balance of the revolving loan in May 2008. On May 2, 2008, defendants requested that Freyr provide them with wire instructions to repay at least $200,000 of the balance of the revolving loan.

9. Defendants failed to make payment in May 2008. In reliance upon defendants' promise to make payment of a portion of the balance of the revolving loan in June 2008, Freyr did not take legal action against defendants and instead agreed pursuant to the loan agreement to extend the time of repayment of at least $200,000 of the balance of the revolving loan to June 2008.

10. Defendants failed to make payment in June 2008. In reliance upon defendants' promise to make payment of a portion of the balance of the revolving loan in July 2008, Freyr did not take legal action against defendants and instead agreed to extend the time of repayment of at least $200,000 of the balance of the revolving loan to July 2008.

11. In or about July, 2008, defendants agreed to pay back a portion of the balance of the revolving loan by: (a) contracting for its life and health insurance sales through BBM&R, a California limited liability company ("BBM&R") -- a life and health general agency located in Long Beach, California and affiliated with Freyr; and (b) taking a reduced compensation with the difference in compensation being applied toward the outstanding loan balance. Defendants contracted with BBM&R but failed to place any cases through BBM&R. Thus, none of the outstanding loan balance was paid down through defendants' agreement with BBM&R.

12. In addition, defendants failed to make any cash payment in July 2008. Nevertheless, in reliance upon defendants' promise to make payment of a portion of the balance of the revolving loan, Freyr did not take legal action against defendants and instead agreed to extend the time of repayment of part of the balance of the revolving loan yet again.

13. Defendants asked for a final extension to repay at least part of the balance of the revolving loan in December 2008. In reliance upon defendants' promise to make payment in December 2008, Freyr did not take legal action against defendants and instead agreed to the extension. Defendants failed to make payment in December 2008. As recent as April 2, 2010, defendants acknowledged their debt to Freyr and agreed to repay that debt though providing business opportunities to BBMR and paying off the debt upon the sale of certain assets. Defendants currently owe Freyr the principal sum of $499,825.

## FIRST CAUSE OF ACTION

**(For Breach of Oral/Implied In Fact Contract)**

14. Freyr realleges and incorporates herein by reference the allegations contained in paragraph 1 through 13 above as set forth in full herein.

15. In or about August 2007, the Freyr Companies and defendants entered into an oral agreement whereby the Freyr Companies agreed to be a source from which defendants could borrow, on a revolving basis, money for the purchase of life insurance policies.

16. Pursuant to the revolving loan agreement, defendants requested and the Freyr Companies loaned defendants a total amount of $631,095.

17. Defendants have repaid $131,270 of the $631,270 revolving loan.

18. Freyr has demanded that defendants repay the balance of the money owed ($499,825, excluding interest) pursuant to the revolving loan agreement.

19. Defendants have failed and refused to repay the balance owed in whole or in part.

20. As a result of the breach by defendants, Freyr has been damaged in the amount of $499,825, excluding interest.

## SECOND CAUSE OF ACTION

**(For Money Lent)**

21. Freyr realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 13 above as set forth in full herein.

22. In or about August 2007, the Freyr Companies and defendants entered into an agreement whereby the Freyr Companies agreed to be a source from which defendants could borrow, on a revolving basis, money for the purchase of life insurance policies.

23. Pursuant to the revolving loan agreement, defendants requested and the Freyr Companies loaned defendants a total amount of $631,095.

24. Defendants have repaid $131,270 of the $631,270 revolving loan.

25. Freyr has demanded that defendants repay the balance of the money owed ($499,825, excluding interest) pursuant to the revolving loan agreement.

26. Defendants have failed and refused to repay to repay the balance owed in whole or in part.

27. As a result of the breach by defendants, Freyr has been damaged in the amount of $499,825, excluding interest.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against defendants as follows

## FOR THE FIRST CAUSE OF ACTION

1. For damages in an amount to be proven at trial, but which is believed to exceed $500,000.

**FOR THE SECOND CAUSE OF ACTION**

2. For damages in an amount to be proven at trial, but which is believed to exceed $500,000.

**FOR ALL CAUSES OF ACTION**

3. For costs of suit incurred herein; and

4. For such other relief as the court deems just and proper.

DATED: April 5, 2010

Respectfully submitted,

BAUTE & TIDUS LLP

BY ______________________
ROBERT M. GILCHREST
Attorneys for Plaintiff
FREYR HOLDINGS, LLC

| SHORT TITLE: FREYR HOLDINGS, LLC v. BENISTAR ADMINISTRATIVE SERVICES, INC., et al. | CASE NUMBER NC054378 |
|---|---|

COPY

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? [X] YES CLASS ACTION? [ ] YES LIMITED CASE? [ ] YES TIME ESTIMATED FOR TRIAL [ ] HOURS/ [5] DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check one Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

**Applicable Reasons for Choosing Courthouse Location (See Column C below)**

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | [ ] A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Auto Tort | Uninsured Motorist (46) | [ ] A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | [ ] A6070 Asbestos Property Damage<br>[ ] A7221 Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | [ ] A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210 Medical Malpractice - Physicians & Surgeons<br>[ ] A7240 Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ] A7250 Premises Liability (e.g., slip and fall)<br>[ ] A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>[ ] A7270 Intentional Infliction of Emotional Distress<br>[ ] A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | [ ] A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ] A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ] A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ] A6013 Fraud (no contract) | 1., 2., 3. |

| SHORT TITLE: FREYR HOLDINGS, LLC v. BENISTAR ADMINISTRATIVE SERVICES, INC., et al. | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.) | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2., 3. |
| Employment | Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109 Labor Commissioner Appeals | 10. |
| Contract | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☒ A6009 Contractual Fraud | 1., 2., 3., (5.) |
| | | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| Real Property | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation Number of parcels ______ | 2. |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032 Quiet Title | 2., 6. |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| Unlawful Detainer | Unlawful Detainer - Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer - Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer - Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |
| Judicial Review | Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

| SHORT TITLE: FREYR HOLDINGS, LLC v. BENISTAR ADMINISTRATIVE SERVICES, INC., et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Judicial Review (Cont'd.) | Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150 Other Writ / Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2., 9. |
| | | ☐ A6160 Abstract of Judgment | 2., 6. |
| | | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment | 2., 3., 9. |
| | | ☐ A6123 Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190 Election Contest | 2. |
| | | ☐ A6110 Petition for Change of Name | 2., 7. |
| | | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100 Other Civil Petition | 2., 9. |

| SHORT TITLE: FREYR HOLDINGS, LLC v. BENISTAR ADMINISTRATIVE SERVICES, INC., et al. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE ☐1. ☐2. ☐3. ☐4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | | | ADDRESS: 3730 E. Broadway, Suite 200E |
|---|---|---|---|
| CITY: Long Beach | STATE: CA | ZIP CODE: 90803 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the LONG BEACH courthouse in the SOUTH District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: April 5, 2010

(SIGNATURE OF ATTORNEY/FILING PARTY)
Attorney for Plaintiff FREYR HOLDINGS, LLC

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

| NOTICE SENT TO: | FILE STAMP |
|---|---|
| BAUTE & TIDUS LLP<br>777 SOUTH FIGUEROA STREET<br>SUITE 4900<br>LOS ANGELES CA 90017 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

| | CASE NUMBER |
|---|---|
| FREYR HOLDINGS, LLC<br>Plaintiff(s),<br>VS. | NC054378 |
| BENISTAR ADMINITRATIVE SERVICES,ET AL<br>Defendant(s), | **Notice of Case Reassignment and of Order for Plaintiff to Give Notice** |

**TO ALL PLAINTIFF(S) AND/OR PLAINTIFF ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT effective May 10, 2010, the above-entitled action, presently assigned to Department 86, Room 208 of the South District, San Pedro Courthouse shall be reassigned to Department 11 of the South District, 415 West Ocean Boulevard, Long Beach, CA 90802, (562) 491-6257. All matters on calendar in this case will remain set on the dates and times previously noticed, before Judge Ross M. Klein, unless otherwise ordered by the Court. Plaintiff to give notice.

Date: 4/15/10

Site Judge, Peter J. Mirich

**CERTIFICATE OF MAILING**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Reassignment – Long Beach upon each party or counsel named above by depositing in the United States mail at the courthouse in San Pedro, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid.

Dated: 4/15/10

JOHN A. CLARK, Executive Officer/
Clerk of the Superior Court

By: Evelyn Villanueva, Deputy

**NOTICE OF REASSIGNMENT – LONG BEACH**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**CV10- 3674 PSG (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| Freyr Holdings, LLC | Benistar Admin Services, Inc.; Avon Capital LLC and Donald J. Trudeau |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Robert M. Gilchrest, Esq., Baute & Tidus LLP, 777 S. Figueroa St., Ste 4900, Los Angeles, CA 90017 | Attorneys (If Known) David F. Faustman, Esq., Yesenia M. Gallegos, Esq, Fox Rothschild LLP, 1800 Century Park East, Suite 300, Los Angeles, CA 90067 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding ☑ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** Exceeds $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1441

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☑ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV10 3674

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ______ **Date** 5/14/10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |