UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#7
Aug 9 hrg vacated
JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3674 PSG (JCx) | Date | August 2, 2010 |
|---|---|---|---|
| Title | Freyr Holdings LLC v. Benistar Admin Services Inc. *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:** (In Chambers) Remand Order

     Pending before the Court is Defendants Benistar Admin Services, Inc.'s, Avon Capital LLC's, and Donald J. Trudeau's (collectively, "Defendants") Amended Notice of Removal in Response to Order to Show Cause. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. After considering Defendants' response, the Court hereby REMANDS the case to state court.

I.    Background

     On April 5, 2010, Plaintiff Freyr Holdings, LLC ("Plaintiff") filed suit in the Superior Court of California for the County of Los Angeles. On May 14, 2010, Defendants removed the case to this Court, claiming that the Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332(a). In the Notice of Removal, Defendants stated the citizenship of the parties: (1) Plaintiff, a limited liability company, is "headquartered in Long beach, California[;]" (2) Defendant Benistar Admin Services, Inc. is a Delaware corporation with its principal place of business in Connecticut, (3) Defendant Avon Capital LLC's members "are residents of Connecticut and Delaware[;]" and (4) Defendant Donald J. Trudeau is a resident of Connecticut. *See Notice* 3:4-19. Defendants also indicated that the amount in controversy exceeds $75,000.

     On June 28, 2010, the Court issued an Order to Show Cause ("OSC") why the case should not be remanded to state court. In particular, the Court indicated that diversity is based on the citizenship, rather than the residency, of the parties. The Court also required further

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#7
Aug 9 hrg vacated
JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3674 PSG (JCx) | Date | August 2, 2010 |
|---|---|---|---|
| Title | Freyr Holdings LLC v. Benistar Admin Services Inc. *et al.* | | |

briefing on the citizenship of the limited liability companies named in the complaint—namely, Plaintiff Freyr Holdings, LLC and Defendant Avon Capital LLC.  On July 16, 2010, Defendants filed a timely response to the Court's OSC, stylized as an "Amended Notice of Removal in Response to Order to Show Cause."

II.     Legal Standard

Federal courts are courts of limited jurisdiction.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994).  Under 28 U.S.C. § 1441, a defendant may remove a civil action from state court to federal district court only if the federal court has subject matter jurisdiction over the case.  *See Abrego Abrego v. Dow Chem. Co.*, 443 F.3d 676, 679-80 (9th Cir. 2006).  There is a strong presumption against removal jurisdiction, and the party seeking removal always has the burden of establishing that removal is proper.  *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

III.    Discussion

In their response, Defendants provide substantial information about the citizenship of Defendants Benistar Admin Services, Inc., Avon Capital LLC, and Donald J. Trudeau.  *See Response* 4:12-6:12.  In discussing the citizenship of Defendant Avon Capital LLC, Defendants acknowledge that the citizenship of a limited liability company "depends on the citizenship of 'all [its] members.'"  *See id.* 5:14-17 (quoting *C.T. Carden v. Arkoma Assocs.*, 494 U.S. 185, 195, 110 S. Ct. 1015, 108 L. Ed. 2d 157 (1990)).  However, in discussing the citizenship of the Plaintiff limited liability company, Defendants simply repeat the same insufficient allegation contained in the Notice of Removal:

> Plaintiff Freyr Holdings, LLC, is a California limited liability company headquartered in Long Beach, California.

*Response* 4:17-18.  Defendants fail to provide any information about the citizenship of Freyr Holdings, LLC's members, even though Defendants identified the correct legal standard for determining the citizenship of limited liability companies elsewhere in the response.  As Defendants failed to provide sufficient information about Plaintiff's citizenship, the Court is unable to determine whether complete diversity exits in this action.  Accordingly, the Court REMANDS the case to state court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#7**
**Aug 9 hrg vacated**
**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3674 PSG (JCx) | Date | August 2, 2010 |
|---|---|---|---|
| Title | Freyr Holdings LLC v. Benistar Admin Services Inc. *et al.* | | |

IV.     Conclusion

     Based on the foregoing, the Court REMANDS the case to state court. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and, in the Alternative, Transfer of Venue (Dkt. #7) is hereby rendered MOOT.

     **IT IS SO ORDERED.**